■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE WILLIAMS, Appellant.—Judgment, Supreme Court, New York County, rendered on January 22, 1974, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, which shall direct defendant to surrender himself in order that execution of the judgment shall be commenced or resumed (CPL 460.50, subd 5). No opinion. Concur—Kupferman, J. P., Birns, Silverman, Lane and Nunez, JJ.

■ MARCO CICALO, as President of Local 365 of the International Union, United Automobile Aerospace and Agricultural Implement Workers of America, et al., Appellants, v CITY OF NEW YORK, Respondent. MARCO CICALO et al., Appellants, v NEW YORK CITY HOUSING AND DEVELOPMENT ADMINISTRATION et al., Respondents.—Order, Supreme Court, New York County, entered on January 13, 1975, and judgment of said court entered on January 14, 1975, unanimously affirmed for the reasons stated by Fein, J., at Special Term, without costs and without disbursements. Concur—Lupiano, J. P., Birns, Capozzoli, Lane and Nunez, JJ.

■ REYNOLDS SECURITIES, INC., Respondent, v UNDERWRITERS BANK AND TRUST COMPANY, Defendant, and ANDRE ROSTWOROWSKI, Appellant.— Order, Supreme Court, New York County, entered on August 14, 1975, unanimously affirmed for the reasons stated by Greenfield, J., at Special Term, and that the respondent recover of the appellant $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Capozzoli, Lane and Nunez, JJ.

■ IRVING GOSTIN, Respondent, v RUTH GOSTIN, Appellant.—Order, Supreme Court, Bronx County, entered on April 8, 1975, insofar as same denied defendant's application for an increase in the counsel fee awarded to her in an earlier judgment of divorce, unanimously affirmed, without costs and without disbursements. We cannot say, on this record, that the Justice presiding at Special Term, who also presided at the divorce trial, abused his discretion in refusing to increase the counsel fee awarded. Concur—Stevens, P. J., Markewich, Capozzoli, Lane and Nunez, JJ.

■ IRVING GOSTIN, Respondent, v RUTH GOSTIN, Appellant.—Order, Supreme Court, Bronx County, entered on April 8, 1975, insofar as it denied defendant's application for counsel fees and disbursements, unanimously modified, on the facts and in the exercise of discretion, to the extent of granting a counsel fee in the sum of $1,500, inclusive of all past disbursements, counsel fees for this appeal and any costs or disbursements of this appeal. Neither the extent, nor the value of the services rendered by defendant's attorney, commencing in late July, 1973, and running through and including the motion to confirm the Referee's report, has been controverted by plaintiff. Nor does it appear that plaintiff is unable to pay this sum, which we believe to be reasonable for the successful services rendered to his former wife. We are of the view that the amount indicated above is adequate under the circumstances disclosed in the record. Concur—Stevens, P. J., Markewich, Capozzoli, Lane and Nunez, JJ.